JOHN R. MYRICK et al., Respondents, *v.* FARM BUREAU MUTUAL AUTOMOBILE INSURANCE Co., Appellant.

Argued November 16, 1950; decided December 1, 1950.

*Robert M. Diggs* for appellant.

*Edward F. Mergler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.